UNITED STATES of America,
Plaintiff–Appellee,

v.

Keidric COOK, a.k.a. Kiki,
Defendant–Appellant.

No. 05–16594
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 20, 2006.

Russell Kevin Ramey, Ramey Law Offices, Panama City, FL, for Defendant–Appellant.

Before TJOFLAT, HULL and FAY, Circuit Judges.

PER CURIAM:

Russell K. Ramey, appointed counsel for Keidric Cook, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Cook's sentence is **AFFIRMED.**